**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 18, 2024**



In The

# Fourteenth Court of Appeals

---

**NO. 14-24-00250-CV**

---

**AVANI DESAI, ABBI HASSAN, BASSEM R. GIRGIS, ZHAO ZHANG, UDAYAKUMAR PARASURAMAN, DJIADEU FAUSTIN, OLUBUNMI ELEBIJU, Appellants**

**V.**

**FORT BEND CENTRAL CHIEF APPRAISER JORDAN WISE, FORT BEND CENTRAL APPRAISAL DISTRICT TAXPAYER LIAISON OFFICER ALLAN MOODY, FORT BEND CENTRAL APPRAISAL DISTRICT, Appellees**

---

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 23-DCV-306398**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 8, 2024. On July 5, 2024, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.